UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mark Thomasson,

    Petitioner,

  v.     **ORDER**
       Civil No. 06-659 ADM/RLE

State of Minnesota,

    Respondent.

_____

Mark Thomasson, *pro se*.

_____

This matter is before the undersigned United States District Judge on Petitioner Mark Thomasson's ("Petitioner") Motion for Enlargement of Time [Docket No. 7]. Petitioner seeks an extension of time to file objections to the March 2, 2006 Report and Recommendation ("R&R") [Docket No. 4] of Magistrate Judge Raymond L. Erickson denying Petitioner's 28 U.S.C. § 2254 petition for a writ of habeas corpus. The R&R states that objections were to be filed and served no later than March 17, 2006. R&R at 10. On March 21, 2006, no objections having been filed, this Court adopted the R&R [Docket No. 5]. On March 23, 2006, Petitioner's Motion for Enlargement of Time was filed. Petitioner signed the Motion on March 16, 2006.

Petitioner claims he should be allowed an extension because of his lack of access to Minnesota law, rules, and procedures, as well as the complexity of the issues set forth in the R&R. Even accepting these contentions as true, however, Petitioner proffers no reason or explanation as to why his Motion for Enlargement of Time was not filed before the conclusion of the objection period. Although Petitioner cites the general principle that pro se litigants are to be held to less stringent standards than those represented by counsel, this principle does not

require courts to extend deadlines without any showing of cause.  The request for an extension of the filing period was not destined to be filed within the time period even with expeditious mail delivery.  Even given an allowance for Petitioner's limited knowledge of law and procedure, he was afforded ample opportunity to timely file his Motion for Enlargement of Time.  Because he failed to do so, his Motion is denied.

Based on the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Mark Thomasson's Motion for Enlargement of Time [Docket No. 7] is **DENIED**.

BY THE COURT:


　　　　s/Ann D. Montgomery　　　
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  March 31, 2006.